UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TAMMY EDWARDS                                                                                    PLAINTIFF

v.                                                                         CIVIL ACTION NO. 3:16cv46-DPJ-FKB

STATE OF MISSISSIPPI, et al.                                                               DEFENDANTS

ORDER OF DISMISSAL

This case is before the Court upon the Report and Recommendation [4] of United States Magistrate Judge F. Keith Ball.  On February 2, 2016, after considering and liberally construing the Complaint [1], Judge Ball recommended that the case be dismissed without prejudice. Edwards was directed to file any objections to the Report and Recommendation within fourteen days of being served with a copy.  To date, Edwards has not filed any objections.  The Court, having reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [4] of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court.  This case is dismissed without prejudice.

A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 26th day of February, 2016.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE